


**Attachment 1 - Civil Complaint**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**________________ DIVISION**

Robert E. McCook
(Enter your full name)
Plaintiff(s)

CASE NUMBER: 1:24CV00365DII
(Supplied by Clerk's Office)

Department OF THE ARMY
Army Review Board Agency
251 18th STREET SOUTH, SUITE 385
ARLINGTON, VA 22202-3531
(Enter full name of each Defendant)
Defendant(s)

**COMPLAINT**

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

Signature RM
Name (Typed or Printed) Robert E. McCook
Address 301 CHISHOLM TRL
BASTROP, TX 78602
Telephone Number 512-549-3824

KM
DM.

**Attachment 2 - EEOC Complaint Form**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**_______________ DIVISION**

N/A

R. McCook.
Robert E McCook
301 CHISHOLM TRL
BASTROP, TX 78602 (512) 549-3824
(Name of plaintiff or plaintiffs)

Civil Action Number: ______________________ (Supplied by Clerk's Office)

v. DEPARTMENT OF THE ARMY
ARMY REVIEW BOARD AGENCY
251 18th STREET SOUTH SUITE 385
ARLINGTON, VA 22202-3531
PH (703) 545-6900 PHONE.
EMAIL. ARBAinquiry@mail.mil.
(Name of defendant or defendants)

**COMPLAINT**

1. This action is brought by Robert E. McCook, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant DEPARTMENT OF THE ARMY ARMY REVIEW BOARD AGENCY (Defendant's name) lives at, or its business is located at 251 18th STREET SOUTH, SUITE 385 (street address), ______________ (city), ARLINGTON VA (state), 22202-3531 (zip).

3a. Plaintiff sought employment from the defendant or was employed by the defendant at 512TH MP DET CO, Mannheim, Germany (street address), (city), Mannheim (state), Germany (zip).

3b. At all relevant times of claim of discrimination, Defendant employed DEPARTMENT OF THE ARMY, ARMY REVIEW BOARDS AGENCY 251 18th STREET SOUTH SUITE 385, ARLINGTON, VA 22202-3531 (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had ______ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about __________________(month) __________(day) ___ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:______________________________.

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about __________ (month) ____________(day) ____________(year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) May 26th (day) 2023 (year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:** **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ ] Yes
[ ] No

**VERY IMPORTANT NOTE:** **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[ ] Race (If applicable, state race) ______________________________

[ ] Color (If applicable, state color) ______________________________

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[ ] Religion (If applicable, state religion) ____________________

[ ] National Origin (If applicable, state national origin) ____________________

[ ] Age (If applicable, state date of birth) ____________________

[ ] Disability (If applicable, state disability) ____________________

[ ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) ____________________

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[ ] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[ ] harassed plaintiff.

[ ] other (specify) ____________________

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**<u>VERY IMPORTANT NOTE</u>:** **INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>, AND ANY <u>SPECIFIC COMMENTS</u> MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

____________________________________________________________

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

____________________________________________________________

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

[ ] still being committed by defendant.
[ ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[ ] Defendant be directed to ______________________________

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

April 5, 2024 16:16pm
Date

[signature]
Signature of Plaintiff

301 CHISHOLM TRL
Address of Plaintiff

Bastrop TX 78602
City State Zip Code

Telephone Number(s) hm (512) 549.3824
hm 549-3824.

(STATEMENT OF SUPPORT) April 5, 2024

ATT TO: United States District Court
Western District of Texas.

Plaintiff I, Robert McCord suffered PTSD from IED in Iraq War; was seeing mental Health Doctor in Army. from war.

After getting medical Discharged Sept 16, 2004 from military.

Admitted To Hospital mental Health PTSD Treatment Center WACO VA Hospital.

I went in 2007 for 2½ months for PTSD Treatment; you have to stay there. I stayed on the 2nd Floor with other combat war Veterans & Vietnam Veterans.

Robert E McCord
301 CHISHOLM TRL
BASTROP, TX 78602

Signature: M

(1) All my conditions are military Related since Being in military service. Also diagnosed with Asthma April 2002 in military service; still Present To this day.

(2) Go to the very first award Disabilities from Houston Regional VA Office.

1) Joined military 1988-Sept 16, 2004 medical Discharge.

2) Correctional Officer